IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                          CASE NO.: 1:08-cr-27-SPM/AK

ALBERT LEGETTE, III,

      Defendant.
_____/

### ORDER DENYING MOTION TO CORRECT SENTENCE

This cause comes before the Court on the Defendant's Motion to Correct Sentence(doc. 48), pursuant to Federal Rule of Criminal Procedure 35(a), in which the Defendant argues that the Court must have mistakenly applied an inflated guideline range, as the downward sentencing departure afforded the Defendant due to his substantial assistance to the Government is relatively less than the downward sentencing departures afforded to other defendants in separate cases. Contrary to the Defendant's assertion, the Court properly took into consideration the Defendant's applicable guideline range of 262 to 327 months, as set forth in the Pre-sentence Investigation Report, and noted that the sentence of 236 months, as recommended by the United States Probation Office, was below the guideline range in recognition of the substantial assistance the Defendant provided. As the sentence imposed does not represent an

obvious error or mistake, it is hereby

ORDERED AND ADJUDGED that Defendant's Motion to Correct Sentence (doc. 48) is ***denied***.

DONE AND ORDERED this <u>twenty-eighth</u> day of August, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge